# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Jorge Espinoza

                                    Plaintiff,

v.                                                    Case No.: 1:17−cv−01958
                                                      Honorable John Robert Blakey

Calabrese & Sons, Inc., et al.

                                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 21, 2017:

      MINUTE entry before the Honorable John Robert Blakey: Status hearing held on 6/21/2017. Based upon the representation of the parties, this case has settled and is therefore dismissed without prejudice. Absent reinstatement on or before 10/15/2017, the dismissal will become one with prejudice without further order of the Court. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.